NEW YORK COUNTY.—HON. D. G. ROLLINS, SURROGATE.—December, 1883.

MEAD v. SOMMERS.

*In the matter of the estate of* ANN MONAGHAN, *deceased.*

Code Civ. Pro., § 2706, which provides for a proceeding by an executor, etc., to discover property of the estate withheld from him, does not limit the Surrogate's authority to cases where petitioner swears that such property is in the possession or under the control of respondent. If the Surrogate is satisfied that there are reasonable grounds for the inquiry, a citation must issue.

APPLICATION by Lawrence Mead and Patrick Brady, executors of decedent's will, for an order to examine Caroline Sommers, under Code Civ. Pro., § 2706, relating to property of a decedent's estate alleged to be concealed or withheld.

JEROLOMAN & ARROWSMITH, *for executors.*

GRATZ NATHAN, *for respondent.*

THE SURROGATE—This is a proceeding under § 2706 of the Code of Civil Procedure, whereby decedent's executors seek to discover property belonging, as they claim, to her estate.

The respondent has appeared, in obedience to the Surrogate's citation, and now insists by her counsel that the allegations of the petition do not afford sufficient ground for directing the examination of the respondent.

. The statute does not, as respondent's counsel argues, limit the Surrogate's authority, under § 2706, to cases in which the petitioning executor or administrator distinctly swears that property belonging to his decedent's estate *is in the possession or under the control* of the party sought to be cited.

The citation must be issued if the Surrogate is satisfied that there are reasonable grounds for the inquiry; and, to establish the existence of such reasonable grounds, the petition need only set forth, upon knowledge or information and belief, any facts *tending to show* that money or other personal property which ought to be delivered, etc., is in the possession or under the control of the respondent.